# UNITED STATES DISTRICT COURT
for the

District of Alaska

| | |
|---|---|
| United States of America<br>v.<br><br>Michael Brice Koetter<br><br>_Defendant_ | )<br>)<br>)  Case No. 3:24-mj-00016-KFR<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  January 10, 2024 , at or near  Eagle River, Alaska  in the _____ District of  Alaska , the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(5)(B) and (b)(2) | Possession of Child Pornography |
| 18 U.S.C. §§ 2422(b) | Attempted Coercion and Enticement of a Minor |

This criminal complaint is based on these facts:

See attached affidavit of FBI SA Krista Lang.

☒ See attached affidavit.

_Complainant's signature_

SA Krista Lang, FBI
_Printed name and title_

**Telephonically sworn and affirmed.**
Subscribed and sworn pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on :
Date:  January 11, 2024

City and state:  Anchorage, Alaska

_Judge's Signature_

Hon. Kyle F. Reardon, U.S. Magistrate Judge
_Printed name and title_