IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL BRICE KOETTER,<br><br>Defendant. | No. 3:24-mj-00016-KFR |

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, KRISTA LANG, having been first duly sworn, do hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of an application for an arrest warrant and criminal complaint charging MICHAEL BRICE KOETTER with violations of 18 U.S.C. § 2252A(a)(5)(B) and (b)(2) Possession of Child Pornography depicting minors who have not attained 12 years of age and 18 U.S.C. §§ 2422(b) Attempted Coercion and Enticement of a Minor.

2. The statements in this affidavit are based in part on information provided to me by other law enforcement officers, police reports, my own investigation of this matter and my training and experience. Since this affidavit is being submitted for the limited purpose of establishing probable cause to support a complaint and securing an arrest warrant, I have not included each and every fact known to me concerning this investigation.

This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and attached Complaint.

3. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed since 05/13/2018. As a Special Agent for the FBI, I am currently assigned to the Anchorage FBI Violent Crimes squad, where I have primarily focused on child exploitation, kidnapping, and human trafficking investigations. I have been involved in cases involving the investigation and prosecution of defendants for violations of Title 18 of the United States Code. Further, I have conducted and participated in a number of search warrants, arrest warrants, and interviews of people involved in federal crimes.

## FACTS ESTABLISHING PROBABLE CAUSE

4. On 09/25/2023, Anchorage FBI received information from Cooperating Witness One (hereafter referred to as CW1), stating they received a text message from telephone number 907-201-1250. In the text message user of 907-201-1250 stated they wanted to talk to CW1 via Snapchat only, followed by the text message "cash only, I am legit, no drama or bs." The user of 907-201-1250 then asked CW1 to delete their number. A short time later CW1 received a message on Snapchat from user sskies420 asking CW 1 if they knew any girls under 12 years old that "have rates." CW1 is previously known to the FBI. In July 2023 during an FBI Operation CW1 made contact with Anchorage FBI after CW1 posted an online advertisement for commercial sex.

5. Based on my training and experience, "rates" is a term used by commercial sex workers and patrons to refer to the price to perform sex acts or to purchase sexually

*U.S. v. Koetter*
3:24-mj-00016-KFR    Page 2 of 10
Case 3:24-cr-00003-SLG-KFR    Document 1-1    Filed 01/12/24    Page 2 of 10

explicit images. The defendant asking CW1 about girls under 12 "with rates," is consistent with an inquiry of whether CW1 knew any minors who would perform sex acts or provide sexually explicit images of themselves in exchange for money.

6. On 9/26/2023 FBI Anchorage served an administrative subpoena to Verizon Wireless for telephone number 907-201-1250. On 10/1/2023 Verizon provided the telephone number was registered a Tracfone.

7. On 10/3/2023 FBI Anchorage served an administrative subpoena to Snap Chat for username sskies420. On 10/3/2023 Snapchat provided the account was registered to Michael Koetter, with telephone number 907-201-1250.

8. Criminal history checks indicated SUBJECT has a prior conviction for Possession of Child Pornography, in violation of Ind. Code § 35-42-4-4(c),[1] from Indiana in 2019. *State of Indiana v. Koetter*, Case No. 49G18-1703-F6-010834.

9. FBI Anchorage obtained Permanent Fund Dividend (PFD) records for the SUBJECT, Michael Koetter. According to the 2023 PFD application, on February 12, 2023, SUBJECT provided his address as 18915 Darby Rd. Unit 1, Eagle River, AK 99577.

10. On 12/28/2023 FBI Anchorage received a Federal Search Warrant for the subjects Vehicle, Residence and Person.

//

//

---

[1] Ind. Code § 35-42-4-4(c) appears to only cover conduct that would also criminalized under federal laws related to child pornography. *See United States v. Reinhart*, 893 F.3d 606 (9th Cir. 2018)

U.S. v. Koetter
3:24-mj-00016-KFR            Page 3 of 10
Case 3:24-cr-00003-SLG-KFR   Document 1-1   Filed 01/12/24   Page 3 of 10

## SEARCH OF THE SUBJECT, HIS RESIDENCE AND VEHICLE

11. On 1/10/2024 FBI Anchorage was prepared to execute the search warrant 3:23-mj-00720-MMS, for the search of the SUBJECT, VEHICLE And RESIDENCE.

12. On 1/10/2024 at approximately 10:41am SUBJECT was observed by Anchorage FBI, leaving his residence. After exiting the residence driveway, Anchorage Police Department (APD) initiated a traffic stop on the SUBJECT VEHICLE, Alaska License Plate EZE151. SUBJECT cell phone was recovered from his pocket at the time of the traffic stop.

13. The SUBJECT was compliant when contacted by APD and FBI. FBI attempted to interview SUBJECT but declined to be interviewed following his advisal of rights. The SUBJECT was provided with a copy of the warrant authorizing the search of his person, vehicle and residence for evidence of child exploitation offenses. SUBJECT was advised the search warrant also authorized the search of any phones, electronics or other media storage devices.

14. After contact was made with the SUBJECT, FBI executed the search of SUBJECT RESIDENCE. The search of the RESIDENCE recovered a gaming computer tower, an HP laptop, and PNY 32 gigabyte thumb drive. All the devices seized, except for the SUBJECT's cellphone, were found in SUBJECT's bedroom, as identified by SUBJECT's roommate who was present at the time of the search. SUBJECT's Indiana driver's license, mail bearing his name, and traffic citations bearing his name, were also found in the bedroom. Based on my training and experience, the SUBJECT's HP laptop and PNY 32 gigabyte thumb drive were manufactured outside the State of Alaska and were

mailed, or shipped or transported in or affecting interstate or foreign commerce. Similarly, the SUBJECT's gaming computer tower contains components that were mailed, shipped, or transported in or affecting interstate or foreign commerce.

15. An initial manual review of the thumb drive revealed the existence of a file folder labeled "Child Porn" with approximately 72 subfolders and 1, 411 files. The folder contained several videos and images, based on an initial, preliminary, manual review of that folder it appears that most of the images and videos depict sexually explicit conduct involving pre-pubescent minors as young as toddlers. A number of images and videos depict the sexually explicit conduct involving sexual intercourse, masturbation, sadistic or

*U.S. v. Koetter*
3:24-mj-00016-KFR        Page 5 of 10
    Case 3:24-cr-00003-SLG-KFR    Document 1-1    Filed 01/12/24    Page 5 of 10

masochistic abuse, and the lascivious exhibition of the child's genitals, breast, or pubic area. Below are examples of some of the photographs depicted in the folder:

16. "A young female approximate age 7-9 years old with adult male penis inserted in her buttocks"

17. "A young female approximate age 8-10 years old with adult male penis inserted in her vagina"

18. "A toddler female approximate age 2-4 years old with her buttocks exposed and an adult male penis on her buttocks"

19. "A young female approximate age 8-10 years old with vagina exposed and an adult male penis ejaculating onto the girls pubic area"

20. From a manual review of the images and videos several of them appeared to have been originally produced in areas outside of the District of Alaska.

21. As part of my training, I have become familiar with the Internet (also commonly known as the World Wide Web), which is a global network of computers and other electronic devices that communicate with each other using various means, including standard telephone lines, high-speed telecommunications links (e.g., copper and fiber optic cable), and wireless transmissions including cellular networks and satellite. Due to the structure of the Internet, connections between computers on the Internet routinely cross state and international borders, even when the computers communicating with each other are in the same state. Individuals and entities use the Internet to gain access to a wide variety of information; to send information to, and receive information from, other

*U.S. v. Koetter*
3:24-mj-00016-KFR  Page 6 of 10
Case 3:24-cr-00003-SLG-KFR   Document 1-1   Filed 01/12/24   Page 6 of 10

individuals; to conduct commercial transactions; and to communicate via electronic mail ("e-mail").

22. An initial manual review of the SUBJECT's gaming computer revealed a program called "μTorrent" installed. In my training and experience, μTorrent is a Peer-to-peer file-sharing" ("P2P") program. P2P is a method of communication available to Internet users through the use of special software. P2P file-sharing allows individuals to meet each other through the Internet, engage in social networking, and trade files. A user first obtains the P2P software, which can be downloaded from the Internet. Computers using the software are linked together through the Internet to form a network that allows for the sharing of digital files between users on the network. In general, P2P software allows the user to set up files on a computer to be shared with others running compatible P2P software. A user obtains files by opening the P2P software on the user's computer, and conducting searches for files that are currently being shared on another user's computer, and by viewing the files that another user has made available. One of the advantages of P2P file sharing is that multiple files may be downloaded in parallel. This means that the user can download more than one file at a time.

23. P2P programs are often used by child pornographers to receive and distribute files containing child pornography over the internet.

24. In addition to the images and videos of child pornography found on the SUBJECT thumb drive, the FBI also discovered that the SUBJECT had a document labeled Manifesto. The Manifesto stated

> I am a hardcore child rapist. I have raped one 12 year old child, I have

*U.S. v. Koetter*
3:24-mj-00016-KFR  Page 7 of 10
   Case 3:24-cr-00003-SLG-KFR   Document 1-1   Filed 01/12/24   Page 7 of 10

molested two girls at the same time a 5 year old and 7 year old girl, I have had consentual [sic] sex with 4 different girls that were between the ages of 10 and 16. … they decided I was a monster, society decided I was a monster as a result, so now I will prove them right. I will rape as many children as I can BECAUSE of what they have done to me. I will mentally fuck up as many children as I can. I wanted a normal life, they took that from me, so now I will pay the world back 10 fold. You want a monster? Ill give you a fucking monster.

The manifesto ends with the following:

> The first day I raped that girl was 2021. The first time I looked up child porn is 2022. I have found, raped, fucked, or molested all the children below since then:
>
> Current children sexually raped, molested, assaulted, or had sex with (between age 0-12): 6
>
> Youngest Child: 5 years old
>
> Oldest Child: 16 years old
>
> Goal: 20 children aged 12 or younger

25. At this point, the FBI was authorized by the U.S. Attorney's Office to conduct a probable cause arrest of the SUBJECT for violations of 18 U.S.C. § 2252A(a)(5)(B) and (b)(2)

(possession of child pornography involving minors under 12 years of age) and 18 U.S.C. §§ 2422(b) Attempted Coercion and Enticement of a Minor.

26. The FBI is continuing to actively investigate whether the SUBJECT had hands-on contact with any of the minor children depicted in the images and videos found on the SUBJECT thumb drive.

27. Additional digital devices were seized during the search of the SUBJECT RESIDENCE and VEHICLE which are still pending review.

## **CONCLUSION**

28. For the reasons described above, based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that Michael Brice Koetter has committed the offenses described in the attached complaint. Accordingly, I ask the Court to issue the complaint and a warrant for Michael Brice Koetter's arrest in accordance with Federal Rule of Criminal Procedure 4(a).

RESPECTFULLY SUBMITTED,

KRISTA LANG
Special Agent, FBI
Child Exploitation & Human Trafficking Task Force

*U.S. v. Koetter*
3:24-mj-00016-KFR    Page 9 of 10
Case 3:24-cr-00003-SLG-KFR    Document 1-1    Filed 01/12/24    Page 9 of 10

Affidavit submitted by email and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 and 4(d) on January 11, 2024.

*(signature)*
HON. KYLE F. REARDON
U.S. Magistrate Judge
District of Alaska

*U.S. v. Koetter*
3:24-mj-00016-KFR   Page 10 of 10
Case 3:24-cr-00003-SLG-KFR   Document 1-1   Filed 01/12/24   Page 10 of 10